ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| CITI MORTGAGE, INC.<br><br>Parte Peticionaria<br><br><br>V.<br><br><br><br>ANA CARRIÓN SANTIAGO<br>T/C/C<br>ANA J. CARRIÓN SANTIAGO;<br>THELMA MERCEDES<br>SEPÚLVEDA<br><br>Parte Recurrida | TA2025CE00730 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de Fajardo<br><br>_____<br><br>Caso Núm.:<br>FA2024CV00298<br>_____<br><br>SOBRE:<br>COBRO DE DINERO<br>EJECUCIÓN DE HIPOTECA<br>VÍA ORDINARIA |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz Carlos, G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 1 de diciembre de 2025.

Examinada la *Petición de Certiorari* instada el 5 de noviembre de 2025 por CITIMORTGAGE, INC., disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*